# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS W. GAUGHEN**, | : | **CIVIL ACTION NO. 1:09-CV-2488** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 31st day of March, 2011, upon consideration of the government's motion (Doc. 40) to compel the production of certain documents and to compel deposition testimony, and following a telephone conference with counsel of record in the above-captioned case, and, following an *in camera* review of the documents at issue, the court concluding that Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure does not entitle the government to the production it requests, it is hereby ORDERED that the motion to compel (Doc. 40) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge